UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-21339-CIV-UNGARO

YELENA E. MUCHNIK,

        Plaintiff,

v.

AMERICAN APPAREL RETAIL, INC.,

        Defendant.

_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE is before the Court upon the Motion of Joyce Crucillo and Omero Banuelos to appear pro hac vice, filed August 13, 2008 (D.E. 11).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  Accordingly, it is

ORDERED AND ADJUDGED that said Motion (D.E. 11) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of August, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record